# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JERRY E. JOHNSON,<br><br>    Petitioner<br><br>v.<br><br>CALVIN JOHNSON, et al.,<br><br>    Respondents | Case No.: 2:22-cv-00642-JAD-DJA<br><br>**Order Denying Applications to Proceed *In Forma Pauperis* [ECF Nos. 1, 3]** |

Petitioner Jerry E. Johnson submitted a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2254 and an application to proceed *in forma pauperis*.[1] Johnson then filed a second application to proceed *in forma pauperis* with updated inmate account statements.[2] Based on the current information about petitioner's financial status, including any additional information he may have provided, I find that he is able to pay the full fee under 28 U.S.C. § 1915.

IT IS THEREFORE ORDERED that petitioner's two applications to proceed *in forma pauperis* without having to prepay the full filing fee **[ECF Nos. 1, 3] are both DENIED**. Petitioner **has until June 22, 2022, to have the $5.00 filing fee sent** to the Clerk of Court. Failure to do so may result in the dismissal of this action. The Clerk is directed to RETAIN the petition but not file it at this time.

Dated: May 23, 2022

                                                                         U.S. District Judge Jennifer A. Dorsey

---

[1] ECF Nos. 1, 1-1, 1-2.
[2] ECF No. 3.