UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JERRY E. JOHNSON,<br><br>　　　　Petitioner<br><br>v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>　　　　Respondents | Case No.: 2:22-cv-00642-JAD-DJA<br><br>**Order Granting Respondents' Motion for Extension of Time to Respond to Petition to January 6, 2023**<br><br>[ECF No. 13] |

　　Respondents seek an extension of time to respond to Jerry E. Johnson's 28 U.S.C. § 2254 habeas corpus petition.[1] Good cause appearing,

　　IT IS ORDERED that respondents' second motion for extension of time to respond to the petition for writ of habeas corpus **[ECF No. 13] is GRANTED. The deadline to respond is extended to January 6, 2023**.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　November 16, 2022

---

[1] ECF No. 13.