**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JERRY E. JOHNSON,

      Petitioner

v.

CALVIN JOHNSON, *et al.*,

      Respondents

Case No.: 2:22-cv-00642-JAD-DJA

**Order Granting Respondents' Motion for Extension of Time to Respond to Petition to February 20, 2023**

**[ECF No. 15]**

Respondents ask the court for an extension of time to respond to Jerry E. Johnson's 28 U.S.C. § 2254 habeas corpus petition.[1] Good cause appearing, the motion is granted. I note that, absent extraordinary circumstances, I am unlikely to grant any further extension.

IT IS ORDERED that respondents' third motion for extension of time to respond to the petition for writ of habeas corpus **[ECF No. 15] is GRANTED**. **The deadline to respond is extended to February 20, 2023**.

_____
U.S. District Judge Jennifer A. Dorsey
January 5, 2023

---

[1] ECF No. 15.