UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JERRY E. JOHNSON,

    Petitioner

v.

CALVIN JOHNSON, *et al.*,

    Respondents

Case No.: 2:22-cv-00642-JAD-DJA

**Order Granting Petitioner's Motion for Extension of Time to Oppose Motion to Dismiss to April 10, 2023**

[ECF No. 35]

*Pro se* 28 U.S.C. § 2254 habeas corpus petitioner Jerry E. Johnson moves the court for an extension of time to file an opposition to respondents' motion to dismiss.[1]  Good cause appearing,

    IT IS ORDERED that petitioner's motion for extension of time to oppose the motion to dismiss **[ECF No. 35] is GRANTED**.  **The deadline to oppose is extended to April 10, 2023**.

                                   _____
                                   U.S. District Judge Jennifer A. Dorsey
                                                   February 23, 2023

---

[1] ECF No. 35.