# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JERRY E. JOHNSON, | Case No.: 2:22-cv-00642-JAD-DJA |
| Petitioner | |
| v. | **Order Granting Motion for Extension of Time to Reply in Support of Motion to Dismiss to May 18, 2023** |
| CALVIN JOHNSON, *et al.*, | |
| Respondents | [ECF No. 38] |

Respondents seek an extension of time to file a reply in support of their motion to dismiss Jerry E. Johnson's *pro se* 28 U.S.C. § 2254 habeas corpus petition.[1]  Good cause appearing,

IT IS ORDERED that respondents' motion for extension of time to reply in support of the motion to dismiss **[ECF No. 38] is GRANTED**.  **The deadline to reply is extended to May 18, 2023**.

_____
U.S. District Judge Jennifer A. Dorsey
April 18, 2023

---

[1] ECF No. 38.